Mike Gawley
NOSSAMAN LLP
50 California Street
34th Floor
San Francisco, 94101
T: (415) 398-3600  F: (415) 398-2438

*Attorneys for St. James Healthcare*

FILED
JAN 22 2024
By Beth Parks, Clerk
Deputy Clerk

## MONTANA SECOND JUDICIAL DISTRICT COURT
## BUTTE-SILVER BOW COUNTY

| | |
|---|---|
| FRANK RAISER, M.D., <br><br> Plaintiff, <br><br> -vs- <br><br> ST. JAMES HEALTHCARE, a Montana public benefit corporation, and John Does 1-10, <br><br> Defendants. | Cause No.: DV-23-308 <br><br> Judge Robert J. Whelan <br><br> **ORDER GRANTING REQUEST FOR SECOND 30-DAY EXTENSION OF TIME FOR DEFENDANT ST. JAMES HEALTHCARE TO RESPOND TO THE COMPLAINT** |

Upon consideration of the UNOPPOSED REQUEST FOR SECOND 30-DAY EXTENSION OF TIME FOR DEFENDANT ST. JAMES HEALTHCARE TO RESPOND TO THE COMPLAINT ("Request"), the Court finds that good cause exists to extend the deadline for St. James to respond to Plaintiff's Complaint for 30-days.

THEREFORE, IT IS ORDERED pursuant to M. R. Civ. P., Rule 6 that St. James' Request be and hereby is GRANTED, and:

1. St. James' deadline to respond to Plaintiff's Complaint is extended for 30-days.

2. St. James' new response deadline is February 20, 2024.

DATED this ____18th____ day of January 2024.

_____
Robert J. Whelan
District Court Judge