Mike Gawley
NOSSAMAN LLP
50 California Street
34th Floor
San Francisco, 94101
T: (415) 398-3600   F: (415) 398-2438

*Attorneys for St. James Healthcare*

**FILED**

FEB 20 2024

Beth Parks, Clerk
By  J. Lesder
Deputy Clerk

## MONTANA SECOND JUDICIAL DISTRICT COURT
## BUTTE-SILVER BOW COUNTY

| | |
|---|---|
| FRANK RAISER, M.D., <br><br> Plaintiff, <br><br> -vs- <br><br> ST. JAMES HEALTHCARE, a Montana public benefit corporation, and John Does 1-10, <br><br> Defendants. | Cause No.: DV-23-308 <br><br> Judge Robert J. Whelan <br><br> **ORDER GRANTING REQUEST FOR THIRD 30-DAY EXTENSION OF TIME FOR DEFENDANT ST. JAMES HEALTHCARE TO RESPOND TO THE COMPLAINT** |

Upon consideration of the UNOPPOSED REQUEST FOR THIRD 30-DAY EXTENSION OF TIME FOR DEFENDANT ST. JAMES HEALTHCARE TO RESPOND TO THE COMPLAINT ("Request"), the Court finds that good cause exists to extend the deadline for St. James to respond to Plaintiff's Complaint for 30-days.

THEREFORE, IT IS ORDERED pursuant to M. R. Civ. P., Rule 6 that St. James' Request be and hereby is GRANTED, and:

1. St. James' deadline to respond to Plaintiff's Complaint is extended for 30-days.
2. St. James' new response deadline is March 21, 2024.

DATED this 20th day of February 2024.

_____
Robert J. Whelan
District Court Judge