IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| FRANK RAISER, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> ST. JAMES HEALTHCARE, a Montana public benefit corporation, and John Does 1-10. <br><br> Defendants. | CV-24-30-BU-BMM <br><br><br> **ORDER** |

Pursuant to L.R. 5.2(b)(3), Frank Raiser, M.D. ("Dr. Raiser") filed an unopposed motion to have portions of his Reply Brief in Support of Motion to Remand (Doc. 32, "Reply Brief") filed under seal of Court. The Court finds that there is good cause to have portions referencing previously sealed matters in the Reply Brief redacted from the public record and filed under seal. Accordingly, **IT IS ORDERED** that Plaintiff's Unopposed Motion to File Portions of Document

1

Under Seal is **GRANTED**. Dr. Raiser may file a redacted version of Doc. 32 on the public docket.

**DATED** this 25th day of June, 2024.

_____
Brian Morris, Chief District Judge
United State District Court